FILED IN OPEN COURT
JACKSONVILLE, FLORIDA

1·8·2025

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 3:25-cr- 3-MMH-SJH
8 U.S.C. § 1326(a)
(Illegal Re-Entry by
Removed Alien)

ALONZO ORTIZ-DOMINGO

## INDICTMENT

The Grand Jury charges:

## COUNT ONE
**(Illegal Re-Entry by Removed Alien)**

On or about December 9, 2024, in the Middle District of Florida, the defendant,

ALONZO ORTIZ-DOMINGO,

being an alien of the United States, who had been deported, excluded, or removed from the United States on or about October 8, 2019, and who had not received the consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, was found to be voluntarily in the United States.

In violation of 8 U.S.C. § 1326(a).

A TRUE BILL,

Foreperson

ROGER B. HANDBERG
United States Attorney

By: KELLY S. MILLIRON
Assistant United States Attorney

By: MICHAEL J. COOLICAN
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
1/7/25 Revised

No.

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Jacksonville Division

## THE UNITED STATES OF AMERICA

vs.

## ALONZO ORTIZ-DOMINGO

## INDICTMENT

Violations:   8 U.S.C. § 1326(a)

A true bill,

_____
Foreperson

Filed in open court this _____ day

of January, 2025.

_____
Clerk

Bail   $_____