**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

-vs-                                                                     Case No. 3:25-cr-3-MMH-SJH

**ALONZO ORTIZ-DOMINGO**          Defense Atty.: Waffa Hanania, Esquire
                                                                   AUSA: Arnold Corsmeier, Esquire
                                                                   for Kelly Milliron, Esquire

| JUDGE | Samuel J. Horovitz<br>U. S. Magistrate Judge | DATE AND TIME | 1/21/2025<br>2:25 p.m. – 2:48 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Barbara Rothermel | TAPE/REPORTER | Digital |
| INTERPRETER | Bertilda Martin Mendoza-MAM | PRETRIAL/PROBATION | Kimberly Barrett |

**CLERK'S MINUTES**

**PROCEEDINGS:**               **INITIAL APPEARANCE**

Interpreter placed under oath.

Defendant arrested on January 21, 2025 in Jacksonville, Florida on an Indictment out of Jacksonville.

Defendant requested court appointed counsel. Defendant placed under oath and questioned regarding his financial affidavit. The Court finds Defendant unable to afford counsel and appoints the Federal Public Defender. **Order to enter.**

Defendant advised of rights, charge, penalties and special assessment.

Government's oral motion for detention.

Defendant's oral motion to continue the detention is **GRANTED**.

Arraignment/Detention set for January 23, 2025 at 3:00 p.m.

**Order of Temporary Detention to enter.**

As required by Rule 5(f), the United States is ordered to produce all exculpatory evidence to the Defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny.   Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings.

**FILED IN OPEN COURT:**
    **CJA 23 Financial Affidavit**